1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   United States of America,                    No. 2:20-CR-00039-KJM

12                    Plaintiff,

13          v.

14   Tommy Lee Walker,

15                    Defendant.

16   _____

17   United States of America,                    No. 2:20-CR-00206-WBS

18                    Plaintiff,

19          v.                                     **RELATED CASE ORDER**

20   Tommy Lee Walker,

21                    Defendant.

22

23

24          Examination of the above-captioned actions reveals that they are related within the

25   meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same

26   question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

27   substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of

28

                                    1

1  these matters to the same judge is likely to effect a substantial savings of judicial effort and is

2  likely to be convenient for the parties.

3          The parties should be aware that relating cases under Rule 123 causes the actions

4  to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

5  cases are generally assigned to the judge and magistrate judge to whom the first filed action was

6  assigned.

7          As a result, it is hereby ORDERED that Case No. 2:20-CR-00206-WBS is

8  reassigned from Judge William Shubb to the undersigned.  Henceforth, the caption on documents

9  filed in the reassigned case shall be shown as: Case No. 2:20-CR-00206 KJM.

10         It is further ORDERED that the Clerk of the Court make appropriate adjustment in

11  the assignment of criminal cases to compensate for this reassignment.

12         IT IS SO ORDERED.

13  DATED:  November 25, 2020.

14

15                                                         CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28