PHILLIP A. TALBERT
Acting United States Attorney
AARON D. PENNEKAMP
JILL THOMAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TOMMY WALKER, <br><br> Defendant. | CASE NO. 2:20-CR-00039-KJM <br><br> ORDER |

**ORDER**

IT IS HEREBY ORDERED that the government's motion for access to the sealed transcript of this Court's June 2, 2021 *ex parte*, *in camera* hearing (Dkt. No. 69) is GRANTED.

IT IS FURTHER ORDERED that Court Reporter Kacy Barajas shall provide the government with the sealed transcript.

IT IS SO ORDERED.

DATED: June 25, 2021.

CHIEF UNITED STATES DISTRICT JUDGE